1 MCGREGOR W. SCOTT
United States Attorney
2 CAMERON L. DESMOND
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

**FILED**

FEB 8 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES | [~~PROPOSED~~] ORDER TO UNSEAL APPLICATIONS AND ORDERS

14 THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (775) 221-2856 WITH ESN 256691624000202338 | 2:18-SW-0466 CKD

16 THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 765-4381 | 2:18-SW-0467 CKD

18       Upon application of the United States of America and good cause having been shown,

19       IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

20 ordered unsealed.

21   Dated: _Feb 7, 2019_

       _____
22     The Honorable Kendall J. Newman
       UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28